## City of Chicago, a Municipal Corporation, Appellee, v. Edgar Crilly, Appellant.

Gen. No. 48,409. 

First District, First Division.
November 6, 1961.

Irving B. Campbell, of Chicago, for appellant; John C. Melaniphy, Corpora-

tion Counsel, of the City of Chicago (Sydney R. Drebin and Allen Hartman, Assistant Corporation Counsel, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE MURPHY. **Not to be published in full.**